UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    Case No. 25-72941
                                                          Chapter 7
BAKER SOLUTIONS INC.
DBA CREDITBAKER,

                                      Debtor.
------------------------------------------------------------X

## STATEMENT PURSUANT TO EDNY LOCAL
## BANKRUPTCY RULE 2017-1

I, Kamini Fox, an attorney duly admitted to practice in this Court, state:

1.      That I am the attorney in charge of the above-named debtor's case and am fully familiar with the facts herein.

2.      That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor:

| DATE | SERVICE | TIME |
| --- | --- | --- |
| 7/21/25 | Initial interview, analysis of financial condition, discussion of alternatives to bankruptcy, review of obligations of debtor under Chapter 7 and Chapter 13. | 2.0 |
| 7/22/25 – 7/31/25 | Review of financial documents and information provided by debtor's principal necessary for preparation of petition, schedules, and statements.<br><br>Review procedure for winding down business and process in a chapter 7 process and trustee's duties.<br><br>Numerous telephone calls, meetings and emails with debtor's principal to answer questions regarding petition papers, consequences and responsibilities of filing for bankruptcy. | 4.0 |
| 7/22/25 - 7/31/25 | Prepare petition papers. | 2.0 |

|  |  |  |
|---|---|---|
| 7/31/25 | Final review and edit of petition, schedules, and statements.<br><br>Prepare retainer agreement and Local Bankruptcy Rule 2017-1 statement.<br><br>Meet with debtor's principal to review and finalize all bankruptcy papers, obtain signature, and prepare petition for filing. | 2.5 |

3. That I will also represent the debtor at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by me.

5. That my usual rate of compensation of bankruptcy matters of this type is $7,500.00.

Dated: Garden City, New York
July 31, 2025

KAMINI FOX, PLLC
Attorneys for the Debtor

By: _/s/ Kamini Fox_____
Kamini Fox
825 East Gate Blvd., Suite 308
Garden City, New York 11530
Phone: (516) 493-9920
Fax: (516) 255-6905
Email: kamini@kfoxlaw.com