UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                      Case No. 25-72941
                                                                                   Chapter 7
BAKER SOLUTIONS INC.
DBA CREDITBAKER,

                          Debtor.
----------------------------------------------------------X

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO EDNY LBR 1073-3

Baker Solutions Inc. dba CreditBaker ("Debtor"), by Gary Poon, President, hereby discloses in its EDNY LBR 1073-3 Disclosure Statement as follows:

1.      That to the best of his knowledge, no corporation directly or indirectly owns 10% or more of the Debtor's equity interests.

Dated: July 31, 2025                      BAKER SOLUTIONS INC. DBA CREDITBAKER

                                                      By: _/s/ Gary Poon_
                                                            Gary Poon – President