# UNANIMOUS CONSENT AND RESOLUTION
# OF THE DIRECTOR AND OFFICER
# OF BAKER SOLUTIONS INC. DBA
# CREDITBAKER

The undersigned do hereby certify that they are the director and officer of Baker Solutions Inc. dba CreditBaker (referred to in this Certificate as the "Company").

The undersigned do hereby further certify that:

1. The director and officer of the Company hereby unanimously adopt the following resolutions, which have not been modified or rescinded:

**RESOLVED**, that in the judgment of the Board of Director, it is desirable and in the best interests of the Company that for the protection of the Company and the orderly liquidation of its assets, the Company shall file for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Eastern District of New York, and that Gary Poon, president of the Company, be and he hereby is, authorized to execute and deliver such documents on behalf of the Company, and to take all actions in the name of the Company, as he may deem necessary and appropriate to effectuate such filing, including, without limitation, the employment of legal counsel, accountants, and all other professionals in connection therewith.

2. Neither the Articles of Incorporation nor the Bylaws of the Company contain any special requirement as to the number of shareholders required to pass such resolutions.

3. Neither the Articles of Incorporation nor the Bylaws of the Company contain any requirements for any vote or consent of shareholders to authorize such filing, but nonetheless all the shareholders have consented thereto.

**IN WITNESS WHEREOF,** the undersigned have hereto affixed their hands on behalf of the above-mentioned Company, this 31st day of July, 2025.

*/s/ Gary Poon*_____
Gary Poon
President