United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 25-72941-reg

Baker Solutions Inc. dba CreditBaker  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8     User: admin     Page 1 of 2
Date Rcvd: Jul 31, 2025     Form ID: 309C     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Baker Solutions Inc. dba CreditBaker, 1065 Old Country Rd.Suite 200, Westbury, NY 11590-5628 |
| 10547934 | + | Barket Epstein Kearon Aldea & Loturco LL, 666 Old Country Rd., 7th Fl, Garden City, NY 11530-2004 |
| 10547938 | + | Kaufman Dolowich, LLP, One Liberty Place, 1650 Market St. Ste 4800, Philadelphia, PA 19103-7315 |
| 10547939 | + | Leon Weingrad, c/o Perrong Law LLC, 2657 Mount Carmel Avenue, Glenside, PA 19038-2911 |
| 10547940 | + | Net2phone, 520 Broad Street, Newark, NJ 07102-3195 |
| 10547942 | + | Perrong Law LLC, 2657 Mt. Carmel Ave., Glenside, PA 19038-2911 |
| 10547943 | + | Samson MCA LLC, 17 State Street, 6th Floor, New York, NY 10004-1501 |
| 10547945 | + | Westbury Plaza Associates L.P., 375 North Broadway, Jericho, NY 11753-2016 |
| 10547946 | + | Westbury Plaza Associates LP, 375 North Broadway, Jericho, NY 11753-2016 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: kamini@kfoxlaw.com | Jul 31 2025 18:15:00 | Kamini Fox, Kamini Fox, PLLC, 825 East Gate Blvd., Suite 308, Garden City, NY 11530 |
| tr | + | Email/Text: mpergament@wgplaw.com | Jul 31 2025 18:15:00 | Marc A. Pergament, Marc A. Pergament, Trustee, 400 Garden City Plaza, Ste 309, Garden City, NY 11530-3336 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 31 2025 18:15:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Jul 31 2025 18:15:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Jul 31 2025 18:15:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10547935 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 31 2025 18:15:00 | Berkovitch & Bouskila, PC, Attn: Steven Berkovitch, Esq., 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 10547936 | + | Email/Text: BNCnotices@bblawpllc.com | Jul 31 2025 18:15:00 | Berkovitch & Bouskila, PLLC, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 10547937 | + | EDI: IRS.COM | Jul 31 2025 22:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10547941 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jul 31 2025 18:15:00 | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455 WA Harriman State C, Albany, NY 12227-0001 |
| 10547944 | + | EDI: VERIZONCOMB.COM | Jul 31 2025 22:14:00 | Verizon, PO Box 9688, Mission Hills, CA 91346-9688 |

TOTAL: 10

District/off: 0207-8                               User: admin                               Page 2 of 2

Date Rcvd: Jul 31, 2025                      Form ID: 309C                         Total Noticed: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 02, 2025                                 Signature:       /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor: Baker Solutions Inc. dba CreditBaker<br>Name | EIN: 86–2090293 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: 7  7/31/25 | |
| Case number: 8–25–72941–reg | | |

Official Form 309C (For Corporations or Partnerships)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Baker Solutions Inc. dba CreditBaker | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | 1065 Old Country Rd. Suite 200<br>Westbury, NY 11590 | |
| 4. **Debtor's attorney**<br>Name and address | Kamini Fox<br>Kamini Fox, PLLC<br>825 East Gate Blvd.<br>Suite 308<br>Garden City, NY 11530 | Contact phone 516–493–9920<br><br>Email: kamini@kfoxlaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | Marc A. Pergament<br>Marc A. Pergament, Trustee<br>400 Garden City Plaza<br>Ste 309<br>Garden City, NY 11530 | Contact phone 516–877–2424<br><br>Email: mpergament@wgplaw.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 290 Federal Plaza<br>Central Islip, NY 11722 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br><br>Contact phone (631) 712–6200<br><br>Date: 7/31/25 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 4, 2025 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information go to https://www.justice.gov/ust/moc** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 626 617 2846, and Passcode 3244273243, OR call 1 516 905–2603** |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**