| Information to identify the case: | | |
|---|---|---|
| Debtor | Baker Solutions Inc. dba CreditBaker | EIN: 86−2090293 |
| | Name | |
| United States Bankruptcy Court  Eastern District of New York | | Date case filed for chapter:  7  7/31/25 |
| Case number:  8−25−72941−ast | | |

# NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated August 14, 2025, the above−captioned case and any related adversary proceedings have been reassigned to the Honorable Alan S. Trust, United States Bankruptcy Judge effective August 15, 2025. Please take note of the new case number: **8−25−72941−ast** .

Dated: August 15, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 08/14/25]