# Notice Recipients

District/Off: 0207−8     User: admin     Date Created: 8/15/2025
Case: 8−25−72941−ast     Form ID: 151     Total: 20

**Recipients of Notice of Electronic Filing:**
tr     Marc A. Pergament     mpergament@wgplaw.com
aty     Kamini Fox     kamini@kfoxlaw.com

                               TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Baker Solutions Inc. dba CreditBaker     1065 Old Country Rd. Suite 200     Westbury, NY 11590
smg     NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     NYS Unemployment Insurance     Attn: Isolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg     United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722−4437
10547934     Barket Epstein Kearon Aldea & Loturco LL     666 Old Country Rd.     7th Fl     Garden City, NY 11530
10547935     Berkovitch & Bouskila, PC     Attn: Steven Berkovitch, Esq.     1545 Route 202, Suite 101     Pomona, NY 10970
10547936     Berkovitch & Bouskila, PLLC     1545 Route 202, Suite 101     Pomona, NY 10970
10547937     Internal Revenue Service     PO Box 7346     Philadelphia, PA 19101
10547938     Kaufman Dolowich, LLP     One Liberty Place     1650 Market St. Ste 4800     Philadelphia, PA 19103
10547939     Leon Weingrad     c/o Perrong Law LLC     2657 Mount Carmel Avenue     Glenside, PA 19038
10547941     NYS Dept. of Taxation & Finance     Bankruptcy Unit – TCD     Building 8, Room 455 WA Harriman State C     Albany, NY 12227
10547940     Net2phone     520 Broad Street     Newark, NJ 07102
10549798     New York State Department of Labor     1220 Washington Ave     Building 12 Rm 256     Albany, NY 12226
10547942     Perrong Law LLC     2657 Mt. Carmel Ave.     Glenside, PA 19038
10547943     Samson MCA LLC     17 State Street, 6th Floor     New York, NY 10004
10547944     Verizon     PO Box 9688     Mission Hills, CA 91346
10547945     Westbury Plaza Associates L.P.     375 North Broadway     Jericho, NY 11753
10547946     Westbury Plaza Associates LP     375 North Broadway     Jericho, NY 11753

                               TOTAL: 18