United States Bankruptcy Court

Eastern District of New York

In re:                                                                                    Case No. 25-72941-ast

Baker Solutions Inc. dba CreditBaker                                              Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0207-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: 151 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Baker Solutions Inc. dba CreditBaker, 1065 Old Country Rd.Suite 200, Westbury, NY 11590-5628 |
| 10547934 | + | Barket Epstein Kearon Aldea & Loturco LL, 666 Old Country Rd., 7th Fl, Garden City, NY 11530-2004 |
| 10547938 | + | Kaufman Dolowich, LLP, One Liberty Place, 1650 Market St. Ste 4800, Philadelphia, PA 19103-7315 |
| 10547939 | + | Leon Weingrad, c/o Perrong Law LLC, 2657 Mount Carmel Avenue, Glenside, PA 19038-2911 |
| 10547940 | + | Net2phone, 520 Broad Street, Newark, NJ 07102-3195 |
| 10547942 | + | Perrong Law LLC, 2657 Mt. Carmel Ave., Glenside, PA 19038-2911 |
| 10547943 | + | Samson MCA LLC, 17 State Street, 6th Floor, New York, NY 10004-1501 |
| 10547945 | + | Westbury Plaza Associates L.P., 375 North Broadway, Jericho, NY 11753-2016 |
| 10547946 | + | Westbury Plaza Associates LP, 375 North Broadway, Jericho, NY 11753-2016 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 15 2025 18:39:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Aug 15 2025 18:39:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Aug 15 2025 18:39:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10547935 | + | Email/Text: BNCnotices@bblawpllc.com | Aug 15 2025 18:39:23 | Berkovitch & Bouskila, PC, Attn: Steven Berkovitch, Esq., 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 10547936 | + | Email/Text: BNCnotices@bblawpllc.com | Aug 15 2025 18:39:23 | Berkovitch & Bouskila, PLLC, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 10547937 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2025 18:39:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10547941 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 15 2025 18:39:00 | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455 WA Harriman State C, Albany, NY 12227-0001 |
| 10549798 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Aug 15 2025 18:39:00 | New York State Department of Labor, 1220 Washington Ave, Building 12 Rm 256, Albany, NY 12226-1799 |
| 10547944 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 15 2025 18:39:00 | Verizon, PO Box 9688, Mission Hills, CA 91346-9688 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0207-8

Date Rcvd: Aug 15, 2025

User: admin

Form ID: 151

Page 2 of 2

Total Noticed: 18

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2025

Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kamini Fox | on behalf of Debtor Baker Solutions Inc. dba CreditBaker kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| Marc A. Pergament | mpergament@wgplaw.com  n167@ecfcbis.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor | Baker Solutions Inc. dba CreditBaker | EIN: 86–2090293 |
| | Name | |
| United States Bankruptcy Court   Eastern District of New York | | Date case filed for chapter:   7   7/31/25 |
| Case number:   8–25–72941–ast | | |

## NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated August 14, 2025, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable Alan S. Trust, United States Bankruptcy Judge effective August 15, 2025. Please take note of the new case number: **8–25–72941–ast** .

Dated: August 15, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 08/14/25]