# Notice Recipients

District/Off: 0207–8  User: admin  Date Created: 09/04/2025
Case: 8–25–72941–ast  Form ID: 178  Total: 21

**Recipients of Notice of Electronic Filing:**
tr  Marc A. Pergament  mpergament@wgplaw.com
aty  Kamini Fox  kamini@kfoxlaw.com
aty  Marc A. Pergament  mpergament@wgplaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Baker Solutions Inc. dba CreditBaker  1065 Old Country Rd.Suite 200  Westbury, NY 11590
smg  NYS Department of Taxation & Finance  Bankruptcy Unit  PO Box 5300  Albany, NY 12205
smg  NYS Unemployment Insurance  Attn: Isolvency Unit  Bldg. #12, Room 256  Albany, NY 12240
smg  United States Trustee  Office of the United States Trustee  Long Island Federal Courthouse  560 Federal Plaza  Central Islip, NY 11722–4437
10547934  Barket Epstein Kearon Aldea & Loturco LL  666 Old Country Rd.  7th Fl  Garden City, NY 11530
10547935  Berkovitch & Bouskila, PC  Attn: Steven Berkovitch, Esq.  1545 Route 202, Suite 101  Pomona, NY 10970
10547936  Berkovitch & Bouskila, PLLC  1545 Route 202, Suite 101  Pomona, NY 10970
10547937  Internal Revenue Service  PO Box 7346  Philadelphia, PA 19101
10547938  Kaufman Dolowich, LLP  One Liberty Place  1650 Market St. Ste 4800  Philadelphia, PA 19103
10547939  Leon Weingrad  c/o Perrong Law LLC  2657 Mount Carmel Avenue  Glenside, PA 19038
10547941  NYS Dept. of Taxation & Finance  Bankruptcy Unit – TCD  Building 8, Room 455 WA Harriman State C  Albany, NY 12227
10547940  Net2phone  520 Broad Street  Newark, NJ 07102
10549798  New York State Department of Labor  1220 Washington Ave  Building 12 Rm 256  Albany, NY 12226
10547942  Perrong Law LLC  2657 Mt. Carmel Ave.  Glenside, PA 19038
10547943  Samson MCA LLC  17 State Street, 6th Floor  New York, NY 10004
10547944  Verizon  PO Box 9688  Mission Hills, CA 91346
10547945  Westbury Plaza Associates L.P.  375 North Broadway  Jericho, NY 11753
10547946  Westbury Plaza Associates LP  375 North Broadway  Jericho, NY 11753

TOTAL: 18