UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re: Chapter 7

Baker Solutions Inc. d/b/a CreditBaker, Case No. 825-72941-AST

Debtor. Affidavit

-----------------------------------------------------------X

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

Marc A. Pergament, being duly sworn, deposes and says:

1. I am an attorney at law admitted to practice before this Court, and am a member of the firm of Weinberg, Gross & Pergament LLP, which firm maintains offices at 400 Garden City Plaza, Suite 309, Garden City, New York 11530.

2. Weinberg, Gross & Pergament LLP is experienced and qualified to represent Marc A. Pergament as Trustee in this case under Chapter 7 of the Bankruptcy Code.

3. To the best of my knowledge, neither I nor Weinberg, Gross & Pergament LLP have any connection with the Debtor, its creditors, or any other party in interest or its respective attorneys or accountants.

4. To the best of my knowledge, neither I nor Weinberg, Gross & Pergament LLP have or represent any interest adverse to the Debtor or the Estate in the matters upon which the firm of Weinberg, Gross & Pergament LLP is to be engaged.

5. Based upon the foregoing, I believe the firm of Weinberg, Gross & Pergament LLP is a "disinterested person" within the meaning of Section 101 of the Bankruptcy Code.

6. I am the attorney who will bear primary responsibility for the representation whose authority is sought herein.

7. I have read and am generally familiar with the Title 11, United States Code, the Federal Rules of Bankruptcy Procedures and the Local Rules of the United States Bankruptcy Court for the Eastern District of New York.

8. I am competent to represent the interests of the Trustee in all proceedings now pending or which may reasonably be expected to be pending in this Court in the foreseeable future.

9. I have advised the Trustee of the firm's willingness to serve as his counsel under general retainer based on time and standard billing charges which are $650.00 to $675.00 per hour for partners, $550.00 per hour for associates and $120.00 per hour for paralegals.

______________________________
Marc A. Pergament

Sworn to before me this
3rd day of September, 2025.

______________________________
NOTARY PUBLIC

Jacqueline Sullivan
Notary Public, State of New York
Registration No. 01SU6356566
Qualified in Nassau County
Commission Expires April 3, 2029