| Information to identify the case: | | |
|---|---|---|
| Debtor  Baker Solutions Inc. dba CreditBaker | EIN: | 86–2090293 |
| Name | | |
| United States Bankruptcy Court   Eastern District of New York | Date case filed for chapter: | 7    7/31/25 |
| Case number:   8–25–72941–spg | | |

# NOTICE REASSIGNING CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

Pursuant to an Administrative Order of this court dated September 5, 2025, the above–captioned case and any related adversary proceedings have been reassigned to the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge effective September 5, 2025. Please take note of the new case number: **8–25–72941–spg** .

Dated: September 5, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnrp1.jsp** Notice Reassigning Case(Mass Assignment) rev. 09/05/25]