# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 9/5/2025 |
| Case: 8−25−72941−spg | Form ID: 151 | Total: 21 |

**Recipients of Notice of Electronic Filing:**
tr      Marc A. Pergament      mpergament@wgplaw.com
aty      Kamini Fox      kamini@kfoxlaw.com
aty      Marc A. Pergament      mpergament@wgplaw.com

                                                                                                                                                                            TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Baker Solutions Inc. dba CreditBaker      1065 Old Country Rd.Suite 200      Westbury, NY 11590
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      NYS Unemployment Insurance      Attn: Isolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722−4437
10547934      Barket Epstein Kearon Aldea & Loturco LL      666 Old Country Rd.      7th Fl      Garden City, NY 11530
10547935      Berkovitch & Bouskila, PC      Attn: Steven Berkovitch, Esq.      1545 Route 202, Suite 101      Pomona, NY 10970
10547936      Berkovitch & Bouskila, PLLC      1545 Route 202, Suite 101      Pomona, NY 10970
10547937      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101
10547938      Kaufman Dolowich, LLP      One Liberty Place      1650 Market St. Ste 4800      Philadelphia, PA 19103
10547939      Leon Weingrad      c/o Perrong Law LLC      2657 Mount Carmel Avenue      Glenside, PA 19038
10547941      NYS Dept. of Taxation & Finance      Bankruptcy Unit – TCD      Building 8, Room 455 WA Harriman State C      Albany, NY 12227
10547940      Net2phone      520 Broad Street      Newark, NJ 07102
10549798      New York State Department of Labor      1220 Washington Ave      Building 12 Rm 256      Albany, NY 12226
10547942      Perrong Law LLC      2657 Mt. Carmel Ave.      Glenside, PA 19038
10547943      Samson MCA LLC      17 State Street, 6th Floor      New York, NY 10004
10547944      Verizon      PO Box 9688      Mission Hills, CA 91346
10547945      Westbury Plaza Associates L.P.      375 North Broadway      Jericho, NY 11753
10547946      Westbury Plaza Associates LP      375 North Broadway      Jericho, NY 11753

                                                                                                                                                                            TOTAL: 18