United States Bankruptcy Court
Eastern District of New York

In re:                                                                                                    Case No. 25-72941-ast

Baker Solutions Inc. dba CreditBaker                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-8                                  User: admin                                  Page 1 of 2
Date Rcvd: Sep 04, 2025                       Form ID: 178                                Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Baker Solutions Inc. dba CreditBaker, 1065 Old Country Rd.Suite 200, Westbury, NY 11590-5628 |
| 10547934 | + | Barket Epstein Kearon Aldea & Loturco LL, 666 Old Country Rd., 7th Fl, Garden City, NY 11530-2004 |
| 10547938 | + | Kaufman Dolowich, LLP, One Liberty Place, 1650 Market St. Ste 4800, Philadelphia, PA 19103-7315 |
| 10547939 | + | Leon Weingrad, c/o Perrong Law LLC, 2657 Mount Carmel Avenue, Glenside, PA 19038-2911 |
| 10547940 | + | Net2phone, 520 Broad Street, Newark, NJ 07102-3195 |
| 10547942 | + | Perrong Law LLC, 2657 Mt. Carmel Ave., Glenside, PA 19038-2911 |
| 10547943 | + | Samson MCA LLC, 17 State Street, 6th Floor, New York, NY 10004-1501 |
| 10547945 | + | Westbury Plaza Associates L.P., 375 North Broadway, Jericho, NY 11753-2016 |
| 10547946 | + | Westbury Plaza Associates LP, 375 North Broadway, Jericho, NY 11753-2016 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 04 2025 18:20:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Sep 04 2025 18:20:00 | NYS Unemployment Insurance, Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Sep 04 2025 18:20:00 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 10547935 | + | Email/Text: BNCnotices@bblawpllc.com | Sep 04 2025 18:20:00 | Berkovitch & Bouskila, PC, Attn: Steven Berkovitch, Esq., 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 10547936 | + | Email/Text: BNCnotices@bblawpllc.com | Sep 04 2025 18:20:00 | Berkovitch & Bouskila, PLLC, 1545 Route 202, Suite 101, Pomona, NY 10970-2951 |
| 10547937 | + | EDI: IRS.COM | Sep 04 2025 22:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10547941 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Sep 04 2025 18:20:00 | NYS Dept. of Taxation & Finance, Bankruptcy Unit - TCD, Building 8, Room 455 WA Harriman State C, Albany, NY 12227-0001 |
| 10549798 | + | Email/Text: BANKRUPTCY@LABOR.NY.GOV | Sep 04 2025 18:20:00 | New York State Department of Labor, 1220 Washington Ave, Building 12 Rm 256, Albany, NY 12226-1799 |
| 10547944 | + | EDI: VERIZONCOMB.COM | Sep 04 2025 22:14:00 | Verizon, PO Box 9688, Mission Hills, CA 91346-9688 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: 178 | Total Noticed: 18 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Kamini Fox | on behalf of Debtor Baker Solutions Inc. dba CreditBaker kamini@kfoxlaw.com para@kfoxlaw.com;r52605@notify.bestcase.com;fox.kaminib@notify.bestcase.com |
| Marc A. Pergament | on behalf of Trustee Marc A. Pergament mpergament@wgplaw.com  n167@ecfcbis.com |
| Marc A. Pergament | mpergament@wgplaw.com  n167@ecfcbis.com |
| United States Trustee | USTPRegion02.LI.ECF@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor: Baker Solutions Inc. dba CreditBaker<br>Name | EIN: 86–2090293 | |
| United States Bankruptcy Court  Eastern District of New York | Date case filed for chapter: 7  7/31/25 | |
| Case number: 8–25–72941–ast | | |

# NOTICE OF DISCOVERY OF ASSETS

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate.  Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
290 Federal Plaza
Central Islip, NY 11722

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before December 3, 2025** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

If you are an ECF account holder, proofs of claim may be filed over the Internet. If you are not a current ECF account holder, you may file a proof of claim by going to the Court's website Electronic Filing of Proof of Claim (ePOC) at http://www.nyeb.uscourts.gov/electronic–filing–proof–claim–epoc and select File a Claim (ePOC). This application does not require a login and password. You can also file a proof of claim by CD–ROM/DVD or flash drive and mail it to the address stated above.

Dated: September 4, 2025

For the Court, Paul Dickson, Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 02/01/17]