UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In Re:  Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,  Case No. 8-25-72941-SPG

        Debtor.

----------------------------------------------------------X

## ORDER AUTHORIZING RETENTION OF WEINBERG, GROSS & PERGAMENT LLP AS ATTORNEYS FOR TRUSTEE

Upon the application**, filed September 5, 2025 (ECF No. 10) (the "Application"),** of Marc A. Pergament, Trustee of the above-referenced Debtor, for an Order under ~~**Section 327 of the Bankruptcy Code,**~~ 11 U.S.C. ~~**Section**~~**§** 327, Bankruptcy Rule 2014**,** and Eastern District of New York Local Bankruptcy Rule 2014-1, authorizing the retention of Weinberg, Gross & Pergament LLP under a general retainer as the Trustee's counsel to represent him in this Chapter 7 case, and upon the affidavit of Marc A. Pergament, Esq., a member of the law firm of Weinberg, Gross & Pergament LLP, and it appearing that no notice of said ~~**application**~~**Application** need be given and no hearing on said ~~**application**~~**Application** is necessary; and no adverse interest having been represented, and the Court being satisfied that the firm of Weinberg, Gross & Pergament LLP represents no interest adverse to the Debtor or its Estate in the matters upon which said firm of attorneys is to be engaged and is a disinterested person under ~~**Section 101 of the Bankruptcy Code,**~~ 11 U.S.C. ~~**Section**~~**§** 101, and that the employment of said firm of attorneys is necessary and would be in the best interest of this Estate, it is

ORDERED, that the Trustee be, and he hereby is, authorized and empowered to employ and retain the firm of Weinberg, Gross & Pergament LLP, as his counsel, to represent the

Trustee under a general retainer in the within proceeding under Chapter 7 of the Bankruptcy Code, with all future fees and reimbursement of expenses payable only upon further application pursuant to 11 U.S.C. ~~Sections~~§§ 330 and 331, the Federal Rules of Bankruptcy Procedure, the E.D.N.Y. Local Bankruptcy Rules, and further Order of the Court following a hearing on notice; and it is further

ORDERED, that ten business days prior to any increases in Weinberg Gross & Pergament LLP's rates, Weinberg, Gross & Pergament LLP shall file a supplemental affidavit with the Court setting forth the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee´s Final Report to the United States Trustee.

ORDERED, that no compensation or reimbursement of expenses shall be paid to Weinberg, Gross & Pergament LLP for professional services rendered to the Trustee, except upon a proper application and by further order of this Court following a hearing on notice pursuant to **11 U.S.C. §§ 330 and 331** ~~of the Bankruptcy Code~~, the Bankruptcy Rules, and the **E.D.N.Y. Local Bankruptcy Rules** ~~Local Rules~~.

No Objection
Office of the U.S. Trustee


By:   /s/ William J. Birmingham
      Trial Attorney
      Office of the United States Trustee

Dated: Central Islip, New York
       October 2, 2025

_____
Sheryl P. Giugliano
United States Bankruptcy Judge