UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
| Baker Solutions Inc. d/b/a CreditBaker, | Case No. 825-72941-spg |
| Debtor. | Application in Support |

--------------------------------------------------------X

        Marc A. Pergament, Chapter 7 Trustee of Baker Solutions Inc. d/b/a CreditBaker, by his attorneys, Weinberg, Gross & Pergament LLP as and for his application represents as follows:

        1.      On July 31, 2025, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code and Marc A. Pergament was appointed Trustee, duly qualified as such, and by operation of law, became the permanent Trustee of this Estate.

        2.      This Application is submitted in support of my motion for an Order pursuant to 11 U.S.C. §§ 105(a), 541 and 542 of the Bankruptcy Code: (a) compelling Jeffrey Zachter, Esq. to turnover all files in which he is representing the Debtor to the Trustee within seven (7) days of entry of the Court's Order granting this application; (b) compelling Jeffrey Zachter, Esq. to provide a summary of the status of each of the matters in which he is representing the Debtor; and (c) grant such other and further relief as this Court deems just and proper.

        3.      The Debtor's principal testified at the Section 341(a) Meeting of Creditors that Jeffrey Zachter had been retained to prosecute accounts receivable litigation for the benefit of the Debtor.

        4.      The Trustee wrote to Mr. Zachter on September 5, 2025 requesting the status of those matters and copies of his retainer agreement so that Trustee could determine if he should

retain Mr. Zachter as his special counsel.  A copy of the Trustee's letter of September 5, 2025 is annexed hereto as Exhibit "A."

        5.      Thereafter as a response was not received, the Trustee's counsel sent another letter to Mr. Zachter requesting a response to the letter of September 5, 2025.  A copy of the letter of September 18, 2025 is annexed hereto as Exhibit "B."

        6.      Thereafter, Mr. Zachter contacted the Trustee and advised the Trustee that he would provide a status report for each of the cases with a copy of his retainer agreements.

        7.      Not having received a response, on October 20, 2025 the Trustee's counsel again wrote to Mr. Zachter and again requested the same information and documents.  A copy of the October 20, 2025 letter is annexed hereto as Exhibit "C."

        8.      There has still been no response from Mr. Zachter.

        9.      Mr. Zachter's refusal and failure to cooperate with the Trustee is inhibiting the Trustee's ability to administer this case for the benefit of the creditors of this Estate.

        10.      Pursuant to 11 U.S.C. Section 542(a) and (e), the Debtor's pre-petition counsel is under a duty to cooperate and surrender to the Trustee all property of the Estate and any recorded information, including books, documents, records and papers relating to property of the Estate.

        11.      There is no explanation that has been given to justify Mr. Zachter's refusal to provide the information and documents that were requested on September 5, 2025.

        12.      The files in which Mr. Zachter is representing the Debtor is property of the Bankruptcy Estate and could result in a substantial benefit for the Estate to make distributions to creditors.

        13.      No prior request by the Trustee for the relief sought herein has been made to this or any other Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Trustee's Motion in its entirety and grant such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
      October 29, 2025

                                                                Marc A. Pergament

3