UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                                      Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,                          Case No. 825-72941-spg

        Debtor.                                                                        <u>Order</u>

------------------------------------------------------------X

        Upon the Motion of Marc A. Pergament, Chapter 7 Trustee of the Estate of Baker Solutions Inc. d/b/a CreditBaker (the "Movant") seeking entry of an Order pursuant to 11 U.S.C. §§ 105(a), 541 and 542 of the Bankruptcy Code: (a) compelling Jeffrey Zachter, Esq. to turnover all files in which he is representing the Debtor to the Trustee within seven (7) days of entry of the Court's Order granting this application; (b) compelling Jeffrey Zachter, Esq. to provide a summary of the status of each of the matters in which he is representing the Debtor; and (c) grant such other and further relief as this Court deems just and proper, and this Court having determined that the relief requested in the Motion is in the best interest of the Debtor's estate; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor; it is

        **ORDERED**, that the Motion is granted on the terms set forth herein; and it is further

        **ORDERED**, that within seven (7) days of the entry of this Order, Jeffrey Zachter, Esq., be and is hereby directed to turnover to the Trustee any and all information and documents in his possession or control concerning his representation of the Debtor to enable the Trustee to perform his duties on behalf of this Bankruptcy Estate pursuant to 11 U.S.C. § 704; and it is further

2

**ORDERED**, that this Court may retain jurisdiction to resolve any disputes arising or related to this Order that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.