# EXHIBIT B

# Weinberg, Gross & Pergament LLP

**ATTORNEYS AT LAW**
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard
*Admitted To Practice In
New York and Connecticut

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice In
New York and Florida

September 18, 2025

Via E-Mail – jzachter@zachterlaw.com
Jeffrey Zachter, Esq.
Zachter PLLC
2 University Plaza, Suite 205
Hackensack, New Jersey 07601

Re:  Baker Solutions Inc. d/b/a CreditBaker
     Case No. 825-72941-SPG

Dear Mr. Zachter:

This letter is a follow-up to my letter of September 5, 2025 and our subsequent telephone conversation.

I understand that you are very busy, but I need to arrange for you to provide me with the information and documents that we discussed in our call and requested in the letter, a copy of which is again enclosed.

Kindly advise when you intend to provide me with a response as I cannot move forward in my administration of this bankruptcy case without the information and documents from you.

Should you have any questions, please give me a call.

Very truly yours,

Marc A. Pergament

MAP:es
enclosure

cc:  Via E-Mail - kamini@kfoxlaw.com
     Kamini Fox, Esq.
     Kamini Fox, PLLC
     (w/ enclosure)

# Weinberg, Gross & Pergament LLP

**ATTORNEYS AT LAW**
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard

*Admitted To Practice in
New York and Connecticut*

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice in
New York and Florida*

September 5, 2025

Via E-Mail – jzachter@zachterlaw.com
and First Class Mail

Jeffrey Zachter, Esq.
Zachter PLLC
2 University Plaza, Suite 205
Hackensack, New Jersey 07601

Re:  Baker Solutions Inc. d/b/a CreditBaker
     Case No. 825-72941-AST

Dear Mr. Zachter:

This firm is counsel to the Trustee in the above-referenced Chapter 7 case. A copy of my Notice of Appointment as Trustee is enclosed.

I have been advised by the Debtor that you are prosecuting approximately twenty (20) lawsuits with respect to accounts receivable.

I would like to discuss with you your continuation to prosecute those lawsuits and I ask that in anticipation of our call that you provide me with a copy of your retainer agreement with the Debtor, which he advised is on a contingency basis, and also provide me with copies of the pleadings and any judgments in each of those lawsuits.

I look forward to speaking with you in the near future.

Very truly yours,

Marc A. Pergament

MAP:js
enclosure

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Baker Solutions Inc. dba CreditBaker | EIN: 86-2090293 | |
| | Name | | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: 7 | 7/31/25 |
| Case number: | 8-25-72941-reg | | |

Official Form 309C (For Corporations or Partnerships)
## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

| 1. Debtor's full name | Baker Solutions Inc. dba CreditBaker | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | 1065 Old Country Rd. Suite 200<br>Westbury, NY 11590 | |
| 4. Debtor's attorney<br>Name and address | Kamini Fox<br>Kamini Fox, PLLC<br>825 East Gate Blvd,<br>Suite 308<br>Garden City, NY 11530 | Contact phone 516-493-9920<br>Email: kamini@kfoxlaw.com |
| 5. Bankruptcy trustee<br>Name and address | Marc A. Pergament<br>Marc A. Pergament, Trustee<br>400 Garden City Plaza<br>Ste 309<br>Garden City, NY 11530 | Contact phone 516-877-2424<br>Email: mpergament@wgplaw.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 290 Federal Plaza<br>Central Islip, NY 11722 | Hours open:<br>9:00 am – 4:30 pm Monday–Friday<br>Contact phone (631) 712-6200<br>Date: 7/31/25 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | September 4, 2025 at 03:00 PM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>For additional meeting information go to https://www.justice.gov/ust/moc | Location:<br>Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 626 917 2846, and Passcode 3244273243, OR call 1 516 905-2503 |
| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline    page 1