# EXHIBIT C

# Weinberg, Gross & Pergament LLP

ATTORNEYS AT LAW
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard
*Admitted To Practice in
New York and Connecticut

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice in
New York and Florida

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

October 20, 2025

Via E-Mail – jzachter@zachterlaw.com
Jeffrey Zachter, Esq.
Zachter PLLC
2 University Plaza, Suite 205
Hackensack, New Jersey 07601

Re:  Baker Solutions Inc. d/b/a CreditBaker
     Case No. 825-72941-SPG

Dear Mr. Zachter:

This letter is a follow-up to our conversations in September 2025.

I am still waiting for you to provide me with a detailed status of each of the cases where you are representing the Debtor.

In the event you do not provide me with those status reports by October 24, 2025, I request that you turnover to me all of the files in your possession so I may pursue the claims on behalf of the Bankruptcy Estate.

Should you have any questions or if you would like to discuss, kindly contact me.

Very truly yours,

Marc A. Pergament

MAP:js

cc:  Via E-Mail - kamini@kfoxlaw.com
     Kamini Fox, Esq.
     Kamini Fox, PLLC