## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

RE:    Baker Solutions Inc. d/b/a CreditBaker
        Case No. 825-72941-spg

STATE OF NEW YORK  )
                            )  ss.:
COUNTY OF NASSAU  )

       Jacqueline Sullivan, being duly sworn, deposes and says:

       That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

       That on the 29th day of October, 2025, I served the within ***NOTICE OF HEARING, APPLICATION IN SUPPORT*** and ***PROPOSED ORDER*** upon the Debtor and Jeffrey Zachter, Esq. by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                           Baker Solutions Inc. d/b/a CreditBaker
                                           1065 Old Country Road, Suite 200
                                           Westbury, New York 11590
                                           Attn: Mr. Gary Poon, President

                                           Zachter PLLC
                                           2 University Plaza, Suite 205
                                           Hackensack, NJ 07601
                                           Attn: Jeffrey Zachter, Esq.

                                           */s/ Jacqueline Sullivan*
                                           Jacqueline Sullivan

Sworn to before me this
29th day of October, 2025.

_____
NOTARY PUBLIC

Frances Alberti
Notary Public, State of New York
Registration #01AL6106703
Qualified in Nassau County
Commission Expires March 15, 20 28