## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

RE:    Baker Solutions Inc. d/b/a CreditBaker
       Case No. 825-72941-spg

STATE OF NEW YORK )
                  )  ss.:
COUNTY OF NASSAU  )

Jacqueline Sullivan, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

That on the 29th day of October, 2025, I served the within *AMENDED NOTICE OF HEARING* upon the Debtor and Jeffrey Zachter, Esq. by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Baker Solutions Inc. d/b/a CreditBaker
1065 Old Country Road, Suite 200
Westbury, New York  11590
Attn:  Mr. Gary Poon, President

Zachter PLLC
2 University Plaza, Suite 205
Hackensack, NJ  07601
Attn:  Jeffrey Zachter, Esq.

Jacqueline Sullivan

Sworn to before me this
29th day of October, 2025.

NOTARY PUBLIC

MARC A. PERGAMENT
NOTARY PUBLIC, State of New York
No. 02PE5012485
Qualified in Nassau County
Commission Expires July 15, 2027