<u>AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL</u>

RE:    Baker Solutions Inc. d/b/a CreditBaker
         Case No. 825-72941-spg

STATE OF NEW YORK  )
                             )  ss.:
COUNTY OF NASSAU  )

        Jacqueline Sullivan, being duly sworn, deposes and says:

        That I am not a party to this action, am over the age of 18 years, and reside in Massapequa Park, New York.

        That on the 29th day of October, 2025, I served the within ***AMENDED NOTICE OF HEARING*** upon the Debtor and Jeffrey Zachter, Esq. by depositing a true copy of the same enclosed in a post-paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

        Baker Solutions Inc. d/b/a CreditBaker
        1065 Old Country Road, Suite 200
        Westbury, New York  11590
        Attn:  Mr. Gary Poon, President

        Zachter PLLC
        2 University Plaza, Suite 205
        Hackensack, NJ  07601
        Attn:  Jeffrey Zachter, Esq.

        _/s/ Jacqueline Sullivan_
        Jacqueline Sullivan

Sworn to before me this
29th day of October, 2025.

_____
NOTARY PUBLIC

MARC A. PERGAMENT
NOTARY PUBLIC, State of New York
No. 02PE5012495
Qualified in Nassau County
Commission Expires July 15, 2027