UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In Re:                                                          Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,                         Case No. 825-72941-spg

                        Debtors.
-------------------------------------------------------------X

### DECLARATION OF SERVICE

Jacqueline Sullivan, Assistant to Marc A. Pergament, an attorney admitted to practice in this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

On October 29, 2025, I served the foregoing Amended Notice of Hearing for an Order pursuant to 11 U.S.C. §§ 105(a) and 541 of the Bankruptcy Code: (a) compelling Jeffrey Zachter, Esq. to turnover all files in which he is representing the Debtor and said files shall be turned over within seven (7) days of entry of the Court's Order granting this application; (b) compelling Jeffrey Zachter, esq. to provide a summary of the status of each of the matters in which he is representing the Debtor; and (c) grant such other and further relief as this Court deems just and proper ("Motion") [Docket No. 18] upon the Office of the United States Trustee, Debtor's counsel, Jeffrey Zachter, Esq. and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure at their following respective e-mail addresses:

> Office of the United States Trustee
> Attn: William J. Birmingham, Esq.
> E-Mail – william.birmingham@usdoj.gov
>
> Kamini Fox, PLLC
> Attorneys for Debtor
> Attn; Kamini Fox, Esq.
> E-Mail – kamini@kfoxlaw.com
>
> Jeffrey Zachter, Esq.
> Zachter PLLC
> E-Mail – jzachter@zachterlaw.com

pursuant to Local Bankruptcy Rule 9036-2(b), by transmitting a copy of the Notice of Electronic Filing and Motion to the email addresses listed above.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

Executed in Garden City, New York on October 29, 2025

_Jacqueline Sullivan_
Jacqueline Sullivan