UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 7 |
| Baker Solutions Inc. d/b/a CreditBaker, | Case No. 825-72941-spg |
| Debtor. | Application |

----------------------------------------------------------X

TO:   The Honorable Sheryl P. Giugliano,
         United States Bankruptcy Court Judge:

      The application of Marc A. Pergament, Trustee of the Estate of Baker Solutions Inc. d/b/a CreditBaker, by his counsel, Weinberg, Gross & Pergament LLP, respectfully sets forth:

      1.     Marc A. Pergament has been appointed as Trustee of the Estate of Baker Solutions Inc. d/b/a CreditBaker and has qualified and is now acting as Trustee.

      2.     The Trustee seeks to retain the accounting firm of TJ Megale CPA, PLLC, Certified Public Accountants, licensed in the State of New York to assist him in the above-captioned bankruptcy case.

      3.     The Trustee has selected TJ Megale CPA, PLLC because its members have considerable experience in real estate and in insolvency matters and are well qualified to assist the Trustee.

      4.     The professional services which TJ Megale CPA, PLLC are to render are: (a) to give the Trustee accounting advice with respect to the preparation of tax returns; and (b) to assist the Trustee and his counsel in preparing the tax returns.

      5.     The hourly rate for the partners of TJ Megale CPA, PLLC is $425.00; the hourly rate for accounting staff is $275.00; and the hourly rate for support staff is $85.00, plus all necessary and reasonable disbursements.

WHEREFORE, it is respectfully requested that this honorable Court grant the Trustee's application for the appointment of TJ Megale CPA, PLLC to represent the Trustee in this case and such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
        November 11, 2025

                                  Weinberg, Gross & Pergament LLP
                                  Attorneys for Trustee

By: _____
        Marc A. Pergament
        400 Garden City Plaza, Suite 309
        Garden City, New York 11530
        (516) 877-2424