UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In Re:                                              Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,             Case No. 825-72941-spg

        Debtor.

-----------------------------------------------------------------X

<u>Declaration of Thomas J. Megale, CPA as Accountant</u>

Thomas J. Megale, declares under the penalty of perjury as follows:

1. I am a Certified Public Accountant licensed to practice in the State of New York.

2. I am a member of the accounting firm of TJ Megale CPA, PLLC, located at 1000 Woodbury Road, Suite 212, Woodbury, New York 11797.

3. I am well-versed and experienced in accounting practices and auditing procedures and am familiar with insolvency matters and this liquidation case under Chapter 7 of the United States Bankruptcy Code.

4. I have also provided accounting services to small businesses.

5. I have previously performed the usual accounting services required by the Trustee in other cases, including compiling year-end financial reports and preparing tax returns, and am familiar with the general format and contents of the Debtor's books, records and accounts.

6. To the best of my knowledge and belief, neither I nor any of the members of my firm represent any interest adverse to creditors or the Debtor's estate herein with respect to the matters upon which I am to be engaged.

7. I have: (a) surveyed the Debtor's books and records; and (b) conferred with the Trustee and his attorneys and am familiar with the work to be done.

8. The proposed accounting work will include:

   a. supervised and assisted in the summarization of the books of account and posting to the general ledger in order to close the books for the period up to the date of filing of the petition;

   b. prepare federal and state income tax returns for 2025 and 2026; and

   c. performing such other and further accounting services as may be necessary and requested by the Trustee or his bankruptcy counsel.

9. I understand that payment of the post-petition fees and reimbursement of expenses will be administrative professional fees, which will be subject to final review and approval of the Bankruptcy Court upon proper notice, application and a hearing before the Court.

10. I am a disinterested person as defined by §101 of the Bankruptcy Code.

11. I have not received payment from the Debtor within ninety (90) days of its bankruptcy filing for antecedent debts as we were not accountants for the Debtor.

12. I estimate my future total fee will not exceed $7,500.00.

WHEREFORE, I request that the pre-affixed Order of Retention be entered, authorizing the Trustee to retain TJ Megale CPA, PLLC, as the Trustee's accountant to provide the within described services.

_____
Thomas J. Megale