UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

                                        Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,

                                        Case No. 25-72941-spg

                     Debtor.
-----------------------------------------------------------X

## ORDER RETAINING ACCOUNTANT

Upon the application, filed November 11, 2025 [ECF No. 24] (the "Application"), of Marc A. Pergament, the chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor, by his attorneys, Weinberg, Gross & Pergament LLP, seeking entry of an Order authorizing him to employ and retain the accounting firm of TJ Megale CPA, PLLC as his accountants in the within proceeding, under the provisions of a general retainer; and upon the declaration of Thomas J. Megale, CPA, a member of the firm of TJ Megale CPA, PLLC, stating that said accounting firm has no present connection with any of the creditors, and further that they represent no interest adverse to the above estate in the matters upon which they are to be engaged; and it appearing that it is necessary for the Trustee to retain such certified public accountants, it is

**ORDERED,** that the Application is **GRANTED** as set forth herein; and it is further

**ORDERED,** that Marc A. Pergament, Trustee, be and he hereby is authorized to retain the accounting firm of TJ Megale CPA, PLLC, as his accountants to assist him in the within proceeding under a general retainer with all fees and expenses payable only upon application pursuant to 11 U.S.C. §§ 330 and 331 and order of the Court; and it is further

**ORDERED,** that ten (10) business days prior to any increases in TJ Megale CPA, PLLC's rates for any individual employed by TJ Megale CPA, PLLC and retained by the Trustee pursuant to Court order, TJ Megale CPA, PLLC shall file a supplemental affidavit with the Court setting forth

the basis for the requested rate increase pursuant to 11 U.S.C. § 330(a)(3)(F). Parties in interest, including the United States Trustee, retain all rights to object to or otherwise respond to any rate increase on any and all grounds, including, but not limited to, the reasonableness standard under 11 U.S.C. § 330. Supplemental affidavits are not required for rate increases effective on or after the date the Trustee submits the Trustee´s Final Report to the United States Trustee.

No Objection
Office of the United States Trustee


By: /s/ William J. Birmingham
      Trial Attorney
      Office of the United States Trustee



Dated: Central Islip, New York
November 13, 2025

_____
Sheryl P. Giugliano
United States Bankruptcy Judge