

# Weinberg, Gross & Pergament LLP

**ATTORNEYS AT LAW**
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION
400 Garden City Plaza
Suite 309
Garden City, New York 11530

Michael A. Farina
David E. Miller*
Marc A. Pergament
Marc Weingard
*Admitted To Practice In
New York and Connecticut

*Of Counsel*
Howard R. Gross**
Harvey Weinberg

**Admitted To Practice In
New York and Florida

Tel (516) 877-2424
Fax (516) 877-2460
www.wgplaw.com

December 8, 2025

VIA ECF and E-Mail – spg_hearings@nyeb.uscourts.gov
Honorable Sheryl P. Giugliano
United States Bankruptcy Judge
United States Bankruptcy Court
Alfonse D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, New York 11722

          Re:   Baker Solutions Inc. d/b/a CreditBaker
                Case No. 825-72941-spg

Dear Judge Giugliano:

      This firm is counsel to the Trustee in the above-referenced Chapter 7 case.

      I am pleased to advise Your Honor that I hereby withdraw my motion to compel the turnover of files and documents (ECF No. 15), with respect to Jeffrey Zachter. Mr. Zachter has turned over the requested documents.

      The Motion is returnable before Your Honor on December 9, 2025.

      In the event Your Honor has any questions, kindly have Chambers contact me.

                                     Respectfully yours,

                                     Marc A. Pergament

MAP:js

cc:    Via E-Mail – alexis_hennigan@nyeb.uscourts.gov
       Ms. Alexis Hennigan
       Deputy Clerk for the Honorable Sheryl P. Giugliano
       United States Bankruptcy Court

       Via E-Mail – jzachter@zachterlaw.com
       Jeffrey Zachter, Esq.
       Zachter PLLC