| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | RETURN DATE:    JANUARY 6, 2026<br>TIME:                        10:00 A.M. |
| In Re: | Chapter 7 |
| Baker Solutions Inc. d/b/a CreditBaker, | Case No. 825-72941-spg |
| Debtor. | Notice of Hearing |
| ------------------------------------------------------------X | |

PLEASE TAKE NOTICE, that on January 6, 2026 at 10:00 a.m., Marc A. Pergament, Chapter 7 Trustee of the Estate of Baker Solutions Inc. d/b/a CreditBaker ("Trustee"), will move before the Honorable Sheryl P. Giugliano, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure: (a) authorizing the Trustee to issue a subpoena for the testimony from Leon Weingrad and directing Leon Weingrad to produce the documents identified in the Request for Documents annexed hereto as Exhibit "A"; (b) authorizing the Trustee to serve the Rule 2004 subpoena via certified mail with a copy of the Order; and (c) for such other and further relief as this Court deems just and proper ("Motion").

PLEASE TAKE FURTHER NOTICE, that a copy of the Motion is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 559), which may be accessed through the Internet at the Bankruptcy Court's website:

www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in Word format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Sheryl P. Giugliano, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 309, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and file with the Clerk of the Bankruptcy Court, with a copy to Chambers on or before December 30, 2025.

PLEASE TAKE FURTHER NOTICE, that all matters before Judge Giugliano will be conducted in-person in Courtroom 860, unless otherwise ordered by the Court. A party may appear by videoconference if they request permission from the courtroom deputy by e-mail at spg_hearings@nyeb.uscourts.gov at least forty-eight (48) hours prior to the hearing. If you do not obtain permission to appear by videoconference at least forty-eight (48) hours prior to the hearing, you will be required to appear in-person. Regardless of whether a hearing is by videoconference or in-person, all attorneys and unrepresented parties are required to register with eCourt Appearances USBC - NYEB eCourt Appearances at least two (2) business days in advance of the scheduled hearing. Judge Giugliano's procedures can be found on the United States Bankruptcy

Court for the Eastern District of New York's website at: www.nyeb.uscourts.gov/content/judge-sheryl-p-giugliano.

Dated: Garden City, New York
      December 17, 2025

                              Weinberg, Gross & Pergament LLP
                              Attorneys for the Trustee

        By:      _____
                              Marc A. Pergament
                              400 Garden City Plaza, Suite 309
                              Garden City, New York  11530
                              (516) 877-2424