# EXHIBIT "A"

## SCHEDULE A

### Request for Documents from Leon Weingrad

1. Documents that reflect communication between Leon Weingrad and the Debtor from January 1, 2024 through the present.

2. Documents that support Mr. Weingrad's claim of damages of $5,000,001.00.

3. Agreements between Mr. Weingrad and Andrew Perrong reflecting their financial arrangement with respect to the Debtor.

4. A list of all class actions in which Mr. Weingrad was asserted as a class representative in other class action lawsuits commenced under the Telephone Consumer Protection Act, 47 U.S.C. § 227 et. seq. ("TCPA") or other federal or state statutes.

5. Any records or other documents reflecting the communication between Mr. Weingrad and the Debtor from January 1, 2024 through the present.

6. All recordings of conversations between Leon Weingard and the Debtor from January 1, 2024 through the present.