## AFFIDAVIT OF SERVICE BY ELECTRONIC MAIL

RE:  Baker Solutions Inc. d/b/a CreditBaker
     Case No. 825-72941-spg

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF NASSAU)

Elysia Spedalere, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Lindenhurst, New York.

That on the 18th day of December, 2025, I served the within ***NOTICE OF HEARING, MOTION*** and ***PROPOSED ORDER*** upon the Office of the United States Trustee, Debtor's counsel and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure by transmitting a true copy of the same at the e-mail addresses listed on the attached service list.

Office of the United States Trustee
Attn: William J. Birmingham, Esq.
E-Mail – william.birmingham@usdoj.gov

Kamini Fox, PLLC
Attorneys for Debtor
Attn; Kamini Fox, Esq.
E-Mail – kamini@kfoxlaw.com

Perrong Law LLC
Attorneys for Leon Weingrad
Attn: Andrew R. Perrong, Esq.
E-Mail – a@perronglaw.com

_____
Elysia Spedalere

Sworn to before me this
18th day of December, 2025.

_____
NOTARY PUBLIC

Jacqueline Sullivan
Notary Public, State of New York
Registration No. 01SU6356566
Qualified in Nassau County
Commission Expires April 3, 2029