UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                                  Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,                 Case No. 825-72941-spg

          Debtor.

-------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On December 18, 2025, Marc A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Baker Solutions Inc. d/b/a CreditBaker ("Trustee" or "Movant"), filed a Motion for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure: (a) authorizing the Trustee to issue a subpoena for the testimony from Leon Weingrad and directing Leon Weingrad to produce the documents identified in the Request for Documents annexed hereto as Exhibit "A"; (b) authorizing the Trustee to serve the Rule 2004 subpoena via certified mail with a copy of the Order; and (c) for such other and further relief as this Court deems just and proper ("Motion").

2. Contemporaneously with the Motion, the Trustee filed and served a Notice of Hearing on the Motion on December 18, 2025 scheduling a hearing on the Motion for January 6, 2026.

3. Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received no later than seven (7) days before the hearing date (the "Objection Deadline").

4. The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection has been filed or served on the movant nor has there been a

request for an adjournment, (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) movant is aware of no informal objection.

5. This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline.

6. The proposed order was served with the Notice of Hearing and Motion, and the proposed order was uploaded to CM/ECF E-Orders on this date.

7. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing. A copy of the proposed order is annexed hereto as Exhibit "A."

Dated: Garden City, New York
December 31, 2025

                                            Weinberg, Gross & Pergament LLP
                                            Attorneys for Trustee

By: _____
                                            Marc A. Pergament
                                            400 Garden City Plaza, Suite 309
                                            Garden City, New York  11530
                                            (516) 877-2424