UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                                          Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,                       Case No. 825-72941-spg

        Debtor.

-----------------------------------------------------------X

## DECLARATION OF SERVICE

      Jacqueline Sullivan, assistant to Marc A. Pergament, an attorney admitted to practice in this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

      On January 2, 2026, I served the foregoing **CERTIFICATE OF NO OBJECTION** to the Motion for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure: (a) authorizing the Trustee to issue a subpoena for the testimony from Leon Weingrad and directing Leon Weingrad to produce the documents identified in the Request for Documents annexed hereto as Exhibit "A"; (b) authorizing the Trustee to serve the Rule 2004 subpoena via certified mail with a copy of the Order; and (c) for such other and further relief as this Court deems just and proper [Docket No. 31] upon the following:

### *SEE ATTACHED SERVICE LIST*

pursuant to Local Bankruptcy Rule 9036-2(b), by transmitting a copy of the Notice of Electronic Filing and the Certificate of No Objection to the email addresses listed on the attached service list.

      Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

      Executed in Garden City, New York on January 2, 2026.

                                                               /s/ Jacqueline Sullivan
                                                               Jacqueline Sullivan

### ***SERVICE LIST***

Office of the United States Trustee
Attn: William J. Birmingham, Esq.
E-Mail – william.birmingham@usdoj.gov

Kamini Fox, PLLC
Attorneys for Debtor
Attn: Kamini Fox, Esq.
E-Mail – kamini@kfoxlaw.com

Perrong Law LLC
Attorneys for Leon Weingrad
Attn: Andrew R. Perrong, Esq.
E-Mail – a@perronglaw.com

Chambers of the Honorable Sheryl P. Giugliano
E-Mail – spg_hearings@nyeb.uscourts.gov