UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In Re:                                                  Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,                 Case No. 825-72941-spg

        Debtor.

-----------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1.      On December 12, 2025, Marc A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Baker Solutions Inc. d/b/a CreditBaker ("Trustee" or "Movant'), filed a Motion for an Order: (i) disallowing Proof of Claim 4-1 filed by Samson MCA LLC in the sum of $1,000,000.00 pursuant to 11 U.S.C. § 502(b), Bankruptcy Rule 3007 and EDNY LBR 3007-1; and (ii) granting such other and further relief as to this Court is just and proper ("Motion").

2.      Contemporaneously with the Motion, the Trustee filed and served a Notice of Hearing on the Motion on December 12, 2025 scheduling a hearing on the Motion for January 14, 2026.

3.      Pursuant to E.D.N.Y. LBR 9006-1, responsive papers are to be served so as to be received no later than seven (7) days before the hearing date (the "Objection Deadline").

4.      The Objection Deadline has passed and (i) the Motion was filed and served in a timely fashion, (ii) no objection has been filed or served on the movant nor has there been a request for an adjournment, (iii) there is no objection, responsive pleading or request for a hearing with respect to the Motion on the docket, and (iv) movant is aware of no informal objection.

5. This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline.

6. The proposed order was served with the Notice of Hearing and Motion, and the proposed order was uploaded to CM/ECF E-Orders on this date.

7. Accordingly, this Court may enter the proposed order granting the Motion without need for a hearing. A copy of the proposed order is annexed hereto as Exhibit "A."

Dated: Garden City, New York
       January 12, 2026

                          Weinberg, Gross & Pergament LLP
                          Attorneys for Trustee

By: _____
                          Marc A. Pergament
                          400 Garden City Plaza, Suite 309
                          Garden City, New York 11530
                          (516) 877-2424