# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                        Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,        Case No. 825-72941-spg

        Debtor.

--------------------------------------------------------X

## ORDER DISALLOWING PROOF OF CLAIM 4-1
## FILED BY SAMSON MCA LLC

Upon the motion, filed on December 12, 2025 (ECF No. 27) (the "Motion"), of Marc A.

Pergament, Trustee of the Estate of Baker Solutions Inc. d/b/a CreditBaker seeking the entry of an

Order disallowing Proof of Claim 4-1 filed by Samson MCA LLC in the sum of $1,000,000.00

pursuant to 11 U.S.C. § 502(b), Bankruptcy Rule 3007 and EDNY LBR 3007-1; and the Court

having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a

core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) notice of the Motion was sufficient and no

additional notice of a hearing on the Motion is required under the circumstances; (v) the relief

sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in

interest; and the Certificate of No Objection, filed on January 12, 2026 (ECF No. ___), certifying

that no objections or responses were filed with respect to the Motion and relief requested therein;

and the Court having reviewed the Motion and having determined that the legal and factual basis

set forth in the Motion establish just cause for the relief granted herein; now therefore;

       IT IS HEREBY ORDERED THAT:

       ORDERED, that the Motion is granted on the terms set forth herein; and it is further

ORDERED, that Proof of Claim 4-1 filed by Samson MCA LLC in the sum of $1,000,000.00 be and it hereby is disallowed in its entirety pursuant to 11 U.S.C. § 502(b), Bankruptcy Rule 3007 and EDNY LBR 3007-1.