UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In Re:                                                    Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,                   Case No. 825-72941-spg

        Debtor.

----------------------------------------------------------------X

## CERTIFICATE OF NO OBJECTION

        Pursuant to 28 U.S.C. § 1746 and rule 9075-2 of the Local Bankruptcy Rules for the Eastern District of New York, the undersigned hereby certifies as follows:

        1.     On December 12, 2025, Marc A. Pergament, Chapter 7 Trustee of the Bankruptcy Estate of Baker Solutions Inc. d/b/a CreditBaker ("Trustee" or "Movant"), filed a Motion for an Order: (i) disallowing Proof of Claim 4-1 filed by Samson MCA LLC in the sum of $1,000,000.00 pursuant to 11 U.S.C. § 502(b), Bankruptcy Rule 3007 and EDNY LBR 3007-1; and (ii) granting such other and further relief as to this Court is just and proper [ECF No. 27] (the "Motion").

        2.     Contemporaneously with the Motion, the Trustee filed and served a notice of hearing on the Motion (the "Notice of Hearing"), providing a hearing date and time of January 14, 2026 at 10:00 a.m. (ET).

        3.     On December 12, 2025, the Movant filed an affidavit of service [ECF No. 28], demonstrating adequate and sufficient service of the Motion and the Notice of Hearing.

        4.     Pursuant to rule 9006-1 of the Local Bankruptcy Rules for the Eastern District of New York, any papers responsive to the relief requested in the Motion were due no later

than January 7, 2026 (the "Objection Deadline"), which is seven (7) days before the hearing presently scheduled on the Motion.

       5.      The Motion and Notice of Hearing were filed and served timely, and as of the filing of this Certificate of No Objection, more than forty-eight (48) hours have elapsed since the Objection Deadline.

       6.      To the best of my knowledge: (i) no objection has been filed or served on the Movant; (ii) there is no objection, responsive pleading, or request for a hearing or adjournment with respect to the Motion on the docket of the above-captioned case, and (iii) the Movant is aware of no informal objection to the relief requested in the Motion.

       7.      Accordingly, the undersigned respectfully requests entry of the proposed order, annexed hereto as **Exhibit A** and uploaded with the Court, at the Court's earliest convenience without need for a hearing on the Motion.

Dated: Garden City, New York
       January 12, 2026

                                    Weinberg, Gross & Pergament LLP
                                    Attorneys for Trustee

By:         _____

                                    Marc A. Pergament
                                    400 Garden City Plaza, Suite 309
                                    Garden City, New York  11530
                                    (516) 877-2424