UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                                              Chapter 7

Baker Solutions Inc. d/b/a CreditBaker,                            Case No. 825-72941-spg

          Debtor.

-------------------------------------------------------X

## DECLARATION OF SERVICE

          Jacqueline Sullivan, assistant to Marc A. Pergament, an attorney admitted to practice in this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

          On January 12, 2026, I served the foregoing ***CERTIFICATE OF NO OBJECTION*** to the Motion for an Order (i) disallowing Proof of Claim 4-1 filed by Samson MCA LLC in the sum of $1,000,000.00 pursuant to 11 U.S.C. § 502(b), Bankruptcy Rule 3007 and EDNY LBR 3007-1; and (ii) granting such other and further relief as to this Court is just and proper [Docket No. 35] upon the following:

### ***SEE ATTACHED SERVICE LIST***

pursuant to Local Bankruptcy Rule 9036-2(b), by transmitting a copy of the Notice of Electronic Filing and the Certificate of No Objection to the email addresses listed on the attached service list.

          Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

          Executed in Garden City, New York on January 12, 2026.

                                                      /s/ Jacqueline Sullivan
                                                    Jacqueline Sullivan

### ***SERVICE LIST***

Office of the United States Trustee
Attn: William J. Birmingham, Esq.
E-Mail – william.birmingham@usdoj.gov

Kamini Fox, PLLC
Attorneys for Debtor
Attn: Kamini Fox, Esq.
E-Mail – kamini@kfoxlaw.com

Perrong Law LLC
Attorneys for Leon Weingrad
Attn: Andrew R. Perrong, Esq.
E-Mail – a@perronglaw.com

Chambers of the Honorable Sheryl P. Giugliano
E-Mail – spg_hearings@nyeb.uscourts.gov